PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 2:23CR00030

Xiomara Gonzalez Zambrano

On November 26, 2021 the above named was placed on supervised release for a period of five (5) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The U.S Attorney's Office has no opposition to her early termination. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

_____
Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated: November 15, 2023

_____
Jennifer A. Dorsey
United States District Judge